# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BERKYS URENA,** :
:
      **Plaintiff,** :
:
v. :
: 3:15-CV-570
**ALLSTATE INSURANCE COMPANY** : (JUDGE MARIANI)
**and ALLSTATE FIRE CASUALTY** :
**INSURANCE COMPANY** :
:
      **Defendants.** :

## ORDER

**AND NOW, THIS 14TH DAY OF MARCH, 2016,** upon consideration of Defendants Allstate Insurance Company and Allstate Fire & Casualty Insurance Company's Motion to Dismiss (Doc. 11), **IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**, to wit:

1. Defendants' Motion to Dismiss Count II (Bad Faith) of Plaintiff's Complaint is **GRANTED IN PART AND DENIED IN PART**, specifically,

    a. The Motion to Dismiss Count II is granted as to paragraph 58(a)-(d) and (h) of the Complaint (Doc. 1).

    b. The Motion to Dismiss Count II is denied with respect to the remaining allegations pertaining to Plaintiff's Bad Faith claim.

2. Defendants' Motion to Dismiss Count III (Unfair Trade Practice & Consumer Protection Law) of Plaintiff's Complaint is **DENIED AS MOOT.**

                                                        _/s/ Robert D. Mariani_
                                                        Robert D. Mariani
                                                        United States District Judge